# THE LANGEL FIRM

**PRACTICING IN THE AREA OF CONSUMER RIGHTS LAW**

225 BROADWAY, SUITE 700
NEW YORK, NY 10007
TEL: 646-290-5600
FAX: 646-964-6682
JESSE@LANGELLAW.COM
WWW.THELANGELFIRM.COM

July 19, 2012

Via ECF

Honorable Allyne R. Ross
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Taylor v. U.S. Equities Corp., et. al.
>        12-CV-1987 (ARR)

Dear Judge Ross:

The parties in the above action have agreed to settle. The defendants, by letter dated July 13, 2012, have requested a pre-motion conference in anticipation of a dismissal motion. According to Your Honor's individual practice rules, Plaintiff's response thereto is due July 24, 2012.

In light of the parties' desire to settle, the attorneys for all parties request that this matter be placed on the "suspension calendar" for 30 days to allow the parties to complete settlement and file a stipulation of dismissal.

Yours truly,

Jesse Langel

cc: Brett A. Scher, Esq. (Via ECF)
    Kaufman Dolowich Voluck & Gonzo LLP
    Attorneys for Defendants